# EXHIBIT 4

| | |
|---|---|
| **DISTRICT COURT, PUEBLO, COLORADO**<br>**Court Address:  501 N. Elizabeth**<br>**Pueblo, CO 81003** | DATE FILED: July 7, 2017 4:04 PM<br>FILING ID: 6A18FE6790D2E<br>CASE NUMBER: 2017CV30502 |
| **Plaintiffs:  BILLY COLANTONIO , SHERISS COLANTONIO; LILYLYN COLANTONIO by and through her parent and guardian, SHERISS COLANTONIO**<br><br>vs.<br><br>**Defendants:  LOWES COMPANIES INC. dba LOWES HOME CENTERS LLC dba LOWES** | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiffs:*<br><br>Gordon J. Heuser, Esq.<br>Thomas M. Condas, Esq.<br>HEUSER & HEUSER, LLP<br>625 North Cascade Avenue, Suite 300<br>Colorado Springs, CO 80903<br>Telephone: 719.520.9909<br>Facsimile: 719.475.1278<br>Attorney Registration No.: 14744 (GJH)<br>Attorney Registration No.: 33951 (TMC) | **Case No.:**<br><br>**Div.:** |
| **COMPLAINT** ||

Plaintiffs, through their undersigned counsel, state their causes of action against the Defendant as follows:

### GENERAL ALLEGATIONS

1. Based on information and belief, Defendant **LOWES COMPANIES INC. dba LOWES HOME CENTERS LLC dba LOWES** is a foreign business doing business in the County of Pueblo.

2. At all relevant time, Plaintiff LILYLYN COLANTONIO was and is a minor, residing in the County of Pueblo, State of Colorado, with her biological parents, BILLY COLANTONIO and SHERISS COLANTONIO.

3. On July 8, 2015, Plaintiff LILYLYN COLANTONIO, while with her parents BILLY COLANTONIO and SHERISS COLANTONIO as customers at the premises, had her foot caught in the electronic entry door of the Lowes Home Center they were shopping at causing injury to her foot. The entry door area is an area intended to be traversed by invitees/customers patronizing the premises.

4. No personnel were present to prevent injury to customers.

5. The failure of the door to remain open while a person was walking through the opening created a dangerous condition.

6. The nature of the minor Plaintiff's injury required medical intervention.

7. As a result of the incident alleged herein, Plaintiff LILYLYN COLANTONIO suffered injuries that required medical attention, disfigurement, pain and suffering and resulting permanent medical impairment.

8. As a result of the incident alleged herein, Plaintiffs BILLY COLANTONIO and SHERISS COLANTONIO suffered damages in the form of medical expenses to treat their daughters' injuries and travel expense.

9. Venue is proper as the events giving rise to this complaint occurred in the County of Pueblo.

### FIRST CAUSE OF ACTION
### (Premises liability pursuant to §13-21-115, et seq., C.R.S.)

10. Plaintiffs incorporate by reference herein the allegations set forth above.

11. Plaintiffs were "invitees" pursuant to § 13-21-115(3)(c)(I) and (5)(a), C.R.S.

12. Defendant(s) unreasonably failed to exercise reasonable care to protect against dangers with respect to the condition of the premises of which it actually knew or should have known.

13.     Defendant(s) knew, or should have known, that the entry door to the store was malfunctioning and that a malfunctioning entry door where persons would traverse to patronize businesses on the premises constituted a dangerous condition.

14.     Defendant failed to take any measures to repair the door or prevent its' use.

15.     As a direct and proximate result of the conduct of Defendant(s), Plaintiff LILYLYN COLANTONIO's foot was caught in the door, suffering injuries, damages and losses in an amount to be proved at trial. As a direct and proximate result of the conduct of Defendant(s), Plaintiffs BILLY COLANTONIO and SHERISS COLANTONIO suffered damages in the form of medical expenses to treat their daughters' injuries and travel expense.

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendant(s) for her economic and non-economic damages, including by example and without limitation: disfigurement, physical impairment, pain and suffering, and all other compensatory damages, pre- and post-judgment interest at the statutory rate, costs, and such other and further relief as the Court deems proper and just.

**JURY TRIAL DEMANDED.**

Dated this 7th day of July, 2017.

**HEUSER & HEUSER LLP**

By: /s/ Thomas M. Condas, Esq.
Thomas M. Condas, Esq., #33851
Attorney for Plaintiff
625 N. Cascade Ave., Suite 300
Colorado Springs, CO 80903
Telephone: 719.520.9909

Plaintiffs Address
1119 W. 17th St
Pueblo, CO 81003

*This document was filed via the Courtlink E-File system. The signed original is on file at the offices of Heuser & Heuser LLP.*