IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01930-RPM-STV

**BILLY COLANTONIO,**
**SHERISS COLANTONIO;**
**LILYLYN COLANTONIO by and through her parent and guardian,**
**SHERISS COLANTONIO**

   Plaintiffs,

v.

**LOWES COMPANIES INC. dba**
**LOWES HOME CENTERS, LLC**

   Defendant.

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

**THIS MATTER COMING ON** to be heard pursuant to Stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice, each party to pay their or its own costs and attorneys' fees.

**DATED:** This 7th day of March, 2018.

          BY THE COURT:

          s/Richard P. Matsch
          _____
          **Richard P. Matsch, Senior District Judge**